Certificate Number: 12433-PAM-DE-038527995

Bankruptcy Case Number: 24-01084



12433-PAM-DE-038527995

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 30, 2024, at 11:23 o'clock PM EDT, Ronald Jame Salvi completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 31, 2024        By: /s/Lisa Susoev

                          Name: Lisa Susoev

                          Title: Teacher