In re:     Case No. 24-01084-MJC

Ronald James Salvi     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3

Date Rcvd: Jun 03, 2024     Form ID: ntcnfhrg     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald James Salvi, 2119 Arnold Drive, Effort, PA 18330-7702 |
| 5613987 | + | DELAWARE RIVER JOINT TOLL, BRIDGE COMMISSION, PO BOX 4971, TRENTON, NJ 08650-4971 |
| 5613989 | + | DYANA SALVI, 2119 ARNOLD DRIVE, EFFORT, PA 18330-7702 |
| 5613990 | | EZ PASS CUSTOMER SERVICE CENTER, P.O. BOX 15187, ALBANY, NY 12212-5187 |
| 5613992 | + | GREGG L MORRIS ESQ, PATENAUDE & FELIX, 2400 ANSYS DRIVE, STE 402-B, CANONSBURG, PA 15317-0403 |
| 5613993 | + | JILL SALVI, 2119 ARNOLD DRIVE, EFFORT, PA 18330-7702 |
| 5613995 | + | LEHIGH VALLEY HEALTH NETWORK, P.O. BOX 981006, BOSTON, MA 02298-1006 |
| 5613999 | | NATIONSTAR DBA MR COOPER, PO BOX 19111, DALLAS, TX 75235 |
| 5614005 | + | UPSTART/WSFS BANK, 2950 S DELAWARE ST #300, SAN MATEO, CA 94403-2580 |
| 5614006 | | VANGUARD, PO BOX 982903, EL PASO, TX 79998-2903 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5618074 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 03 2024 18:55:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5613983 | + | Email/Text: BankruptcyNotices@Achieve.com | Jun 03 2024 18:56:00 | ACHIEVE PERSONAL LOANS, 1875 SOUTH GRANT STREET #400, SAN MATEO, CA 94402-2676 |
| 5619174 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2024 19:06:24 | Ally Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5613984 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2024 19:06:40 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5613985 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 03 2024 18:56:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5613986 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2024 18:54:43 | CREDIT ONE BANK, 6801 S CIMARRON ROAD, LAS VEGAS, NV 89113-2273 |
| 5617776 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2024 19:05:37 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5613988 | | Email/Text: mrdiscen@discover.com | Jun 03 2024 18:55:00 | DISCOVER BANK, PO BOX 15316, ATT CMS PROD DEV, WILMINGTON, DE 19850 |
| 5615803 | | Email/Text: mrdiscen@discover.com | Jun 03 2024 18:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5613991 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 03 2024 18:55:00 | FB&T/MERCURY, 700 22ND AVE SOUTH, BROOKINGS, SD 57006-2822 |
| 5613994 | ^ | MEBN | Jun 03 2024 18:52:21 | KIA FINANCE AMERICA, PO BOX 650805, DALLAS, TX 75265-0805 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5613996 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2024 18:54:44 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5615662 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2024 19:05:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5613997 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2024 19:05:36 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5613998 | | Email/Text: ml-ebn@missionlane.com | Jun 03 2024 18:55:00 | MISSION LANE TAB BANK, 101 2ND STREET, STE 350, SAN FRANCISCO, CA 94105 |
| 5614000 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 03 2024 18:55:00 | NEW JERSEY TURNPIKE AUTHORITY, C/O E-Z PASS, PO BOX 4971, TRENTON, NJ 08650 |
| 5614001 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2024 18:54:38 | OLLO/ALLY, 1511 FRIENDSHIP ROAD, JEFFERSON CITY, MO 65101-8703 |
| 5614002 | ^ | MEBN | Jun 03 2024 18:51:30 | PROSPER MARKETPLACE, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 5614003 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2024 19:05:47 | RESURGENT CAPITAL SERVICES, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5614004 | ^ | MEBN | Jun 03 2024 18:51:43 | TRANSWORLD SYSTEMS INC, 1105 SCHROCK RD STE 300, COLUMBUS, OH 43229-1174 |
| 5615481 | ^ | MEBN | Jun 03 2024 18:51:45 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5614007 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 03 2024 18:56:00 | WESTLAKE FINANCIAL SVCS, 4751 WILSHIRE BLVD STE 100, LOS ANGELES, CA 90010-3847 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Ronald James Salvi lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Ronald James Salvi, aka Ronald J. Salvi, aka Ronald Salvi, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 5:24−bk−01084−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 4, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2024 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 3, 2024 |

ntcnfhrg (08/21)