IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald James Salvi a/k/a Ronald J. Salvi | : | CHAPTER 13 |
| a/k/a Ronald Salvi | : | NO. 24-01084 MJC |
| Debtor(s) | : | |
| | : | |
| Nationstar Mortgage LLC | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronald James Salvi a/k/a Ronald J. Salvi a/k/a | : | |
| Ronald Salvi | : | |
| Debtor(s) | : | |
| | : | |
| Jack N. Zaharopoulos | : | |
| Trustee | : | |

**ANSWER TO MOTION OF Nationstar Mortgage LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
ON BEHALF OF DEBTOR**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. The Debtor is current on postpetition payments as of November 1, 2024.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

WHEREFORE, Debtor respectfully requests the Motion for Relief be denied.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**
By: */s/ Robert J. Kidwell*
Attorney for Debtor
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090