IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILKES-BARRE DIVISION

IN RE: RONALD JAMES SALVI

CASE NO. 5-24-BK-01084

CLAIM: 1

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, Upstart Network, Inc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**Upstart Network, Inc**
**PO BOX 1931**
**Burlingame Ca 94011**

To the new address below:

**Upstart Network, Inc**
**c/o Peritus Portfolio Services II, LLC**
**P.O. Box 1149**
**GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Steve Hornbeck					Date: 12/8/2025
Steve Hornbeck
Telephone: (866) 831-5954

Exhibit C

Limited Power of Attorney

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Peritus Portfolio Services II LLC "(Agent")
as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with
authority to do only the following acts with respect to motor vehicle retails installment contracts and related
rights which Agent is servicing for Principal.
After the date hereof:
- Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7, 11, 12, and Chapter 13 bankruptcy trustee.
- Agent can enforce, release, modify and transfer the rights and interests granted to Principal with respect to the Property, which on their face give Principal rights regarding the Property, including, but not limited to, rights with respect to insurance policies, motor vehicles, certificate of title and motor vehicle liens.
- Agent can receive and endorse, on Principal's behalf, any certificate of title related to the Property only for purposes of transferring Principal's lien to Agent.

This power of attorney is made on *18 Sept 2025*.

By: *[signature]*

STATE of _____ ) ss.
COUNTY OF _____ )
I, _____, a Notary Public in and for said County, in said State, do hereby certify that
the person personally known to me to be the same person whose name is subscribed to the foregoing
instrument has appeared before me this day in person and acknowledged that he/she signed and delivered
such instrument as his/her free and voluntary act for the uses and purposes therein set forth.
Given under my hand and official seal this _____ day of _____, 2024.

*see attached Jurat – C.S.*

_____
Notary Public, State of _____
Commission Expires _____

**CALIFORNIA JURAT**                          **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __San Mateo__

Subscribed and sworn to (or affirmed) before me on this __18__ day of __September__, 20__25__, by

(1) __Scott Lee Darling__

(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __[signature]__
*Signature of Notary Public*

[Notary Seal: CATHERINE SANTO DOMINGO, Notary Public - California, San Mateo County, Commission # 2435386, My Comm. Expires Jan 22, 2027]

*Place Notary Seal and/or Stamp Above*

---

— **OPTIONAL** —

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association